

**ORDERED in the Southern District of Florida on April 14, 2010.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

In Re: CLARISSA MOORE

                                        CASE NO:08-28725 BKC RAM

        Debtor.
_____/

        ORDER GRANTING DEBTOR'S APPLICATION TO WITHDRAW
        UNCLAIMED FUNDS

        THIS CAUSE having come before the Court on April 13,

2010 on Debtor's Application to Withdraw Unclaimed funds and the

Court having reviewed the Motion, it is hereby  ORDERED AND

ADJUDGED that:

1.  Debtors Application to Withdraw Unclaimed Funds is GRANTED.

2.  The Clerk shall mail Debtor the unclaimed funds in the amount

of $4,146.79.

                        ***

c.c.  Jared J. Kullman, Esq.
      Nancy Herkert, Trustee